# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Gavin Gregory Mehl,<br>Debtor. | ) Case No. 20-21316 - E - 13<br>) Docket Control No. GGM-4<br>) Document No. 9<br>) Date: 04/15/2020<br>) Time: 11:00 AM<br>) Dept: E |

## Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Impose the Automatic Stay filed by Gavin Mehl, the Debtor, having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the stay arising under 11 U.S.C. § 362(a) takes effect in this Bankruptcy Case as provided in 11 U.S.C. § 362(c)(4)(B) as to only the following three parties: (1) Pacific Gas and Electric, (2) LVNV Funding, LLC, and (3) Vivint Solar, and each of them for all purposes until terminated or modified by operation of law or further order of the court. The court does not impose or have said stay take effect; whether as to the Debtor, property of the bankruptcy estate, or as otherwise provided in 11 U.S.C. § 362(a); as to any other person.

As provided in 11 U.S.C. § 362(c)(4)(C), the "stay imposed under [11 U.S.C. § 362(c)(4)] subparagraph (B) shall be effective on the date of the entry of the order allowing the stay to go into effect."

No other relief is granted by the court.

Dated: April 16, 2020

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

[9] - Motion/Application to Extend Automatic Stay [GGM-4] Filed by Debtor Gavin Gregory Mehl (tjof)